**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

June 27, 2007

CASE TITLE:    KIMOTHY R. MCCRAY-v-J. RODRIGUEZ
RECEIVED FROM: U.S. District Court, Central District of California

CASE NUMBER:    CV 07-03355 CRB (PR)

TO COUNSEL OF RECORD:

      The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    by: Maria Loo
                    Case Systems Administrator

o:\mrg\civil\transin.mrg