IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMOTHY R. McCRAY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>J. RODRIGUEZ,<br><br>        Defendant(s). | No. C 07-3355 CRB (PR)<br><br>ORDER OF DISMISSAL |

      Plaintiff, a prisoner at Kern Valley State Prison, has filed his fourth prisoner complaint under 42 U.S.C. § 1983 alleging that superior court deputy clerk J. Rodriguez unlawfully interfered with his right to file in state superior court. Plaintiff first raised these allegations in a prisoner complaint which was dismissed on the merits under the authority of 28 U.S.C. § 1915A(b) on August 18, 2006. See McCray v. Rodriguez, No. C 06-4805 CRB (PR) (N.D. Cal. Aug. 18, 2006) (order of dismissal). He again raised the same allegations in a second and a third prisoner complaint which were dismissed on September 7, 2006 and October 26, 2006, respectively. See McCray v. Rodriguez, No. C 06-5367 CRB (PR) (N.D. Cal. Sept. 7, 2006) (order of dismissal); McCray v. Rodriguez, No. C 06-6565 CRB (PR) (N.D. Cal. Oct. 26, 2006) (order of dismissal). He raised the same allegations a fourth time when he filed the instant action in the Central District of California. The action was transferred to this court.

1    A prisoner complaint that merely repeats pending or previously litigated
2    claims may be considered abusive and dismissed under the authority of 28 U.S.C.
3    § 1915A(b).  Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995)
4    (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in
5    forma pauperis complaint may be considered abusive and dismissed under 28
6    U.S.C. § 1915).  Because plaintiff raised and litigated the same allegations and
7    claim raised herein in two prior prisoner complaints, the instant complaint is
8    deemed duplicative and abusive under § 1915A.  Nothing plaintiff adds in this
9    fourth attempt to litigate the same claim compels a different result.
10       Plaintiff's request to proceed in forma pauperis is DENIED and the
11   complaint is DISMISSED under the authority of 28 U.S.C. § 1915A(b).
12       The clerk shall enter judgment in accordance with this order and close the
13   file.  No fee is due.
14   SO ORDERED.
15   DATED:   June 29, 2007
                                              CHARLES R. BREYER
16                                            United States District Judge

2