UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KIMOTHY R. MCCRAY,

        Plaintiff,

  v.

J. RODRIGUEZ et al,

        Defendant.

Case Number: CV07-03355 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kimothy R. McCray P88188
Kern Vally State Prison
A7-113 U
P.O. Box 5101
Delano, CA 93216

Dated: June 29, 2007

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk