IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMOTHY R. MCCRAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. RODRIGUEZ,<br><br>　　　　Defendant.<br>_____/ | No. CV 07-03355 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

　　　( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　(X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendant.

Dated: June 29, 2007　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　By:  _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk